IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JASON MCGEHEE, *et al.*, § | | |
|    *Plaintiffs*, § | | |
| § | | Case No. 4:18-mc-01546 |
| v. § | | |
| § | | Related to E.D. Ark. Case |
| TEXAS DEPARTMENT OF § | | No. 4:17-CV-00179-KGB |
| CRIMINAL JUSTICE, § | | |
|    *Defendant.* § | | |

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE'S DISPOSITIVE MOTION TO DISMISS PLAINTIFFS' MOTION TO COMPEL COMPLIANCE WITH SUBPOENA**

# EXHIBIT 2

Affidavit of Sherri Jackson

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS

Jason McGehee, et al.
Plaintiff

v.

Asa Hutchinson, et al.
Defendant

Civil Action No. 4:17-cv-00179-KGB

## AFFIDAVIT OF SHERRI JACKSON

Before me this 6th day of March, 2018, appeared Sherri Jackson, who after being duly sworn, testified as follows:

"My name is Sherri Jackson. I am over 18 years of age, competent to make this affidavit and have personal knowledge of the following:

The subpoena referred to as Exhibit 1, was delivered to me, Texas Department of Criminal Justice (TDCJ) Human Resource Specialist I, Sherri Jackson on February 22, 2018.

I, Sherri Jackson, am not the designated custodian of those records and I have no authority to access, copy or send TDCJ records to anyone and I am prohibited by Texas law as well as TDCJ Employee Rules. I have no present ability or authority to comply with this subpoena, as I am not authorized to authenticate or produce such records. These records are not in my possession or control and I would be subject to disciplinary measures for violation of TDCJ employee rules if I attempted to access or produce such records.

Further Affiant sayeth not.

Executed on March 6, 2018, in Huntsville, Texas.

Sherri Jackson
Human Resource Specialist I
Texas Dept. of Criminal Justice

Sworn to and subscribed before me, this 6th day of March, 2018.

Notary Public

My Commission Expires: Feb. 15, 2021

CONSTANCE CIRRITO
Notary Public
STATE OF TEXAS
Commission Exp. FEB. 15, 2021
Notary without Bond