IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JASON MCGEHEE, *et al.*, § | | |
|    *Plaintiffs,* § | | |
| § | | Case No. 4:18-mc-01546 |
| v. § | | |
| § | | Related to E.D. Ark. Case |
| TEXAS DEPARTMENT OF § | | No. 4:17-CV-00179-KGB |
| CRIMINAL JUSTICE, § | | |
|    *Defendant.* § | | |

## ORDER

Came to be considered the Texas Department of Criminal Justice's Motion to Dismiss Plaintiffs' Motion to Compel Compliance with Subpoena. The Court has reviewed the pleadings and briefs of the parties and finds that said Motion should be and is GRANTED this _____day of June 2018.

_____
UNITED STATES DISTRICT JUDGE
SIM LAKE